

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2018

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was due October 22, 2018, but it was not filed. After the court notified the reporter the record was late, Debra A. Doolittle filed a request for an extension of time to file the record. We **grant** the motion and order Ms. Doolittle to file the reporter's record by **November 21, 2018.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2018.

_____
Keith E. Hottle
Clerk of Court